UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LAKE RIDGE NEW TECH SCHOOLS and LAKE RIDGE MULTI PURPOSE SCHOOL BUILDING CORPORATION INC. <br> Plaintiff(s) <br> V. <br> THE BANK OF NEW YORK MELLON TRUST COMPANY NA and BRADLEY MOSS (terminated 7/31/18) <br> Defendant(s) | Civil Action No.  2:17 CV 388 TLS |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   This case is DIMISSED for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Chief Judge Theresa L. Springmann on a motion to Dismiss for failure to state a claim.

_____ .

| | |
|---|---|
| Date   November 14, 2018 | *CLERK OF COURT* |
| | /s/   Kimberly Pastrick |
| | *Signature of Clerk or Deputy Clerk* |